UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAQUILLE SELLERS

      v.                              3:05CV1833 WWE

BOYAJIAN LAW OFFICES, P.C.
JACK H. BOYAJIAN

## JUDGMENT

This cause came on for consideration on the complaint, before the Honorable Warren W. Eginton, Senior United States District Judge. On March 10, 2006, pursuant to Rule 68 of the Federal Rules of Civil Procedure, the plaintiff filed an Acceptance of Offer of Judgment in the amount of $2,000.00.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff against the defendants in the amount of $2,000.00, pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Dated at Bridgeport, Connecticut, this 16th day of March, 2006.

                                                      KEVIN F. ROWE, CLERK

                                                      By     /s/Chrystine W. Cody
                                                               Deputy-in-Charge

Entered on Docket: _____